| PERIOD BEG | PERIOD END | # OF WEEKS | Avg Hours Worked/Wk | Legal Min Wage Rate | Hourly Rate | MW WAGE DUE | MW Owed/Wk | Back Wages OWED TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Damages:** | **$27,035.80** |
| 10/26/08 | 7/23/09 | 39 | 35.00 | $6.55 | $2.13 | $4.42 | $154.70 | $5,967.00 |
| 7/24/09 | 7/23/10 | 52 | 35.00 | $7.25 | $2.13 | $5.12 | $179.20 | $9,318.40 |
| 7/24/10 | 10/26/11 | 66 | 35.00 | $7.25 | $2.13 | $5.12 | $179.20 | $11,750.40 |

Liquidated damages to be determined by the court

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded on April 27, 2012, in the following manner to:

  ***VIA DISTRICT ELECTRONIC FILING NOTIFICATION OR E-MAIL)***
George R. Gibson
Nathan Sommers Jacobs
2800 Post Oak Blvd.
61st Floor
Houston, Texas 77056

           Respectfully submitted,

           TRAN LAW FIRM L.L.P.


           /S/Andrew H. Iwata
           Trang Q. Tran
           Federal I.D: 20361
           Texas Bar No. 00795787
           Andrew H. Iwata
           Federal I.D: 625974
           Texas Bar No. 24048568
           3050 Post Oak, Suite 1720
           Houston, Texas 77056
           Telephone: (713) 223-8855
           Facsimile: (713) 623-6399
           **ATTORNEYS FOR PLAINTIFF**