IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID MONTANO AND GASTON NIEVES, <br> Plaintiffs, <br><br> vs. <br><br> MONTROSE RESTAURANT ASSOCIATES, INC. d/b/a RESTAURANT ASSOCIATES PAYROLL a/k/a TONY'S AND TONY'S RESTAURANT, <br> Defendant. | § § § § § § § § § § § § § CIVIL ACTION NO. 4:12-cv-00153 |

### DEFENDANT'S MOTION FOR STATUTORY COSTS

In accordance with Federal Rule of Civil Procedure 54(d)(1) and Southern District of Texas Local Rule LR54.2, Defendant, Montrose Restaurant Associates, Inc. d/b/a Restaurant Associates Payroll a/k/a Tony's and Tony's Restaurant, submits the attached proposed Bill of Costs and supporting documentation and requests that the Clerk tax costs in the amount of $1,392.57 against the Plaintiffs.

Respectfully submitted,

**NATHAN SOMMERS JACOBS**
A Professional Corporation

By: */s/ George R. Gibson*
George R. Gibson
Texas Bar No. 00793802
Federal ID No. 19879
Attorney-in-Charge for Montrose Restaurant Associates, Inc.
2800 Post Oak Boulevard, 61st Floor
Houston, Texas 77056
713.960.0303 - telephone
713.892.4800 – fax
ggibson@nathansommers.com

ATTORNEY FOR MONTROSE RESTAURANT ASSOCIATES, INC.

OF COUNSEL:

**NATHAN SOMMERS JACOBS**
A Professional Corporation
Marvin D. Nathan
Texas Bar No. 14817000
Southern District Bar No. 9408
David Overhuls
Texas Bar No. 24082029
2800 Post Oak Boulevard, 61st Floor
Houston, Texas 77056
713.960.0303 - telephone
713.892.4800 – fax
mnathan@nathansommers.com
doverhuls@nathansommers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Defendant's Motion for Statutory Costs was electronically transmitted to the District Clerk for the United States District Court, Southern District of Texas, for filing on March 2, 2017, and electronic notice was given to the following ECF registrant:

| | |
|---|---|
| Trang Q. Tran | By ECF |
| Tran Law Firm L.L.P. | and E-mail |
| 3050 Post Oak, Suite 1720 | |
| Houston, Texas 77056 | |

           */s/ George R. Gibson*
           George R. Gibson

W:\Vallone, Tony\Montano, David\US District Court 4-12-Cv-00153\Mtn For Statutory Costs.docx

AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| David Montano and Gaston Nieves | ) |
| | ) |
| v. | ) Case No.: 4:12-cv-00153 |
| Montrose Restaurant Associates Inc. d/b/a | ) |
| Restaurant Associates Payroll a/k/a Tony's | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __03/01/2017__ against __Plaintiffs__,
                                                                       *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 830.07 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . | 562.50 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 1,392.57 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service         ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney:   /s/ George R. Gibson

Name of Attorney:   George R. Gibson

For:   Montrose Restaurant Associates, Inc.                              Date:   03/02/2017
          *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*            *Deputy Clerk*            *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## O'Halla Reporting, Inc.
## P.O. Box 20101, Houston, Texas  77225-0101
## 713-664-8398

June 13, 2016

Mr. George R. Gibson  
Nathan Sommers Jacobs  
2800 Post Oak Blvd., 61st Floor  
Houston, Texas  77056

Invoice #16RM531/13A

Tax ID #76-0529408

Re:  Civil Action No. 4:12-cv-00153, USDC, Southern District, Houston Division  
David Montano, et al vs. Montrose Restaurant Associates, Inc. d/b/a  
Restaurant Associates Payroll a/k/a Tony's and Tony's Restaurant

For services rendered in providing transcription of the depositions of:

David Montano – 05/31/16 - $400.80  
Gaston Nieves – 05/31/16 - $276.40

Total Due - $677.20

Thank You!

**AUG 3 1 2016**

# INVOICE

**CINDI BENCH REPORTING**
CERTIFIED SHORTHAND REPORTERS
12946 Dairy Ashford, Suite 400
Sugar Land, Texas 77478-3649
281.565-8222 Fax: 281.565-8220 Toll Free: 877.896-9395
www.cindibenchreporting.com

August 30, 2016
Invoice No. 16-2211

Net 30 Days
Tax ID No. 26-0122736

Mr. George Gibson
Nathan Sommers Jacobs
2800 Post Oak Blvd., # 61st Floor
Houston, Tx 77056

Re: Cause No.412cv00153; David Montano, et al vs. Montrose Restaurant Associates, et al; USDC Houston;

Oral Deposition of: Tony Vallone — Copy $ 152.87

Taken August 12, 2016

---

Invoice No. 16-2211
Amount Enclosed $152.87
Montano vs. Montrose Restaurant
Repts: deft
Depo of Vallone
Atty: gibson

Remit Payment to:
Cindi Bench Reporting
12946 Dairy Ashford, Suite 400
Sugar Land, TX 77478-3649

**Please tear off stub and return with payment.**

PAYMENT WITH CREDIT CARD

Cardholder's Name: _____
Card No: _____
Exp. Date: _____
Billing Address: _____
City: _____ State: _____ Zip: _____
Phone #: _____
Amount to Charge: $ _____
Cardholder Signature: _____



600 Main Street
Platte City, MO  64018
cti@ctitranslators.com

**BILL TO**

Nathan Sommers Jacobs
2800 Post Oak Boulevard
61st Floor
Houston, Texas 77056 (713) 892-4846

**INVOICE #** 2093
**DATE** 06/08/2016
**DUE DATE** 07/20/2016
**TERMS** Net 30

**JOB#**
11869

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Interpretation<br>Spanish services on 05/31/2016 from 11:30 a.m. - 02:00 p.m.<br>Deposition<br>Deponent: Montano, David<br>Civil Action 4:12-cv-00153<br>Location: Tran Law Firm LLP<br>9801 Westheimer Road<br>Suite 302<br>Houston TX 77042 | 2.50 | 125.00 | 312.50 |

We look forward to helping you again in the future, whether it be for an interpretation in over 100 languages, a certified translation in over 150 languages, a transcription or another language related service.

**BALANCE DUE** $312.50

Thank you again for your preference!



600 Main Street
Platte City, MO  64018
cti@ctitranslators.com

**BILL TO**

Nathan Sommers Jacobs
2800 Post Oak Boulevard
61st Floor
Houston, Texas 77056 (713) 892-4846

**INVOICE #** 2094
**DATE** 06/08/2016
**DUE DATE** 06/20/2016
**TERMS** Due on receipt

**JOB#**
11870

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Interpretation<br>Spanish services on 05/31/2016 from 02:00 p.m. - 04:00 p.m.<br>Deposition<br>Deponent: Nieves, Gaston<br>Civil Action No 4:12-cv-00153<br>Location: Tran Law Firm LLP<br>9801 Westheimer Road<br>Suite 302<br>Houston TX 77042 | 2 | 125.00 | 250.00 |

We look forward to helping you again in the future, whether it be for an interpretation in over 100 languages, a certified translation in over 150 languages, a transcription or another language related service.

**BALANCE DUE** $250.00

Thank you again for your preference!